UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGID JONES, on behalf of himself and all others similarly situated,<br><br>                        Plaintiffs,<br>-against-<br><br>NIKE RETAIL SERVICES, INC.,<br><br>                        Defendant. | Case No. 2:22-cv-03343-NRM-ARL |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE effective December 1, 2024, the address of Matthew A. Tobias, Counsel for Defendant Nike Retail Services, Inc. will be changed to:

> Sheppard, Mullin, Richter & Hampton LLP
> 350 South Grand Avenue, 40th Floor
> Los Angeles, California  90071-3460
> Telephone:  213-620-1780
> Facsimile:  213-620-1398

DATED: December 6, 2024    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s/ Matthew A. Tobias*
      Matthew A. Tobias
      CA State Bar No. 271291 – admitted pro hac vice
      mtobias@sheppardmullin.com
      350 South Grand Avenue, 40th Flr.
      Los Angeles, California 90071-3460
      213.620.1780
      Attorneys for Defendant Nike Retail Services, Inc.