

January 13, 2025

**<u>Via ECF</u>**
Hon. Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-445

  Re: <u>*Jones, et al. v. NIKE Retail Services, Inc.*</u>
     **No. 22 Civ. 3343 (NRM) (ARL)**

Dear Judge Lindsay:

  Plaintiff writes together with Defendant to seek an adjournment of the conference scheduled for January 14, 2025, at 11:30 a.m. As the Court is aware, the Parties are awaiting a decision from the Honorable Nina R. Morrison, U.S.D.J., on Defendant's fully-briefed Motion to Dismiss Plaintiff Nagid Jones' Complaint. *See* ECF Nos. 39-43 (Mot. Papers); *see also* Ord., Apr. 4, 2025 (denying Plaintiff's motion to compel discovery pending the outcome of the motion to dismiss). As a result, the Parties have agreed to an updated discovery schedule that keys the completion of this case to the decision on Defendant's motion to dismiss, to the extent that the motion is denied. The stipulation and proposed order is attached as Exhibit A. Plaintiff apologizes for the delay in submitting this proposed order to the Court.

  We thank the Court for its attention to this matter.

                    Respectfully submitted,

                    Garrett Kaske

cc: Counsel of Record (via ECF)

encl.: Ex. A (Stipulation and Proposed Order)