UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGID JONES, on behalf of himself and all others similarly situated,<br><br>       Plaintiffs,<br> -against-<br><br>NIKE RETAIL SERVICES, INC.,<br><br>       Defendant. | Case No. 2:22-cv-03343-NRM-ARL |

## STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties to this action, as follows:

1.  Defendant NIKE Retail Services, Inc.'s ("Nike") Motion to Dismiss Plaintiff Nagid Jones' ("Plaintiff") Complaint (ECF No. 1) under Federal Rule of Civil Procedure 12(b)(1) or, alternatively, for Judgment on the Pleadings pursuant to Rule 12(c) (the "Motion") is fully briefed and pending a decision from the Court (ECF Nos. 40-43);

2.  As the Motion is still pending, counsel for the Parties have conferred and jointly request that the scheduled deadlines for all outstanding matters in this case be adjourned so the Parties can complete discovery and motion practice, if necessary, after the Court issues its decision on the Motion;

3.  This is the Parties' third request to adjourn these deadlines (ECF Nos. 38, 45);

4.  To the extent the Court denies Nike's Motion, the Parties propose adjournments to the following outstanding matters, all of which are contingent on the timing and outcome of the Motion:

Doc ID: 97eb929c77a329cca588c4b20837a4bd8bc4a9de

| Event | Proposed Deadline/Date |
|---|---|
| 1. All discovery, inclusive of expert discovery, to be concluded | 60 days from the decision on the Motion, if necessary |
| 2. Any party planning on making a dispositive motion must take the first step in the motion process by this date or risk forfeiting the right to make such a motion | 75 days after the close of discovery, if necessary |
| 3. Plaintiff's Class Certification Motion | Service of Moving Papers – 10 days after the close of discovery, if necessary<br><br>Defendant's opposition – 35 days after being served with Plaintiff's Motion, if necessary<br><br>Plaintiff's reply – 14 days after being served with Defendant's opposition, if necessary |
| 4. Parties are to electronically file a joint proposed pretrial order in compliance with the District Court's individual rules, signed by counsel for each party | 60 days after the close of discovery, if necessary |
| 5. Final conference before United States Magistrate Judge Lindsay | Within 10 days of the deadline to file the joint proposed pretrial order, or other day amendable to the Court, if necessary |

5. If Nike's Motion is granted, then the above matters will not occur and this Stipulation shall become moot;

6. Nike does not concede that its Motion will be denied in any way, and this Stipulation in no way constitutes a basis that Nike has or will concede that its Motion will be denied.

Doc ID: 97eb929c77a329cca588c4b20837a4bd8bc4a9de

Dated: January 13, 2025

Respectfully submitted,

| | |
|---|---|
| *[signature]* | *Matthew Tobias /gk* |
| Troy L. Kessler | Matthew A. Tobias |
| Garrett Kaske | Lindsay C. Stone |
| KESSLER MATURA P.C. | Maria A. Gomez |
| 534 Broadhollow Road, Suite 275 | SHEPPARD MULLIN RICHTER & |
| Melville, NY 11747 | HAMPTON LLP |
| Phone: (631) 499-9100 | 30 Rockefeller Plaza |
| tkessler@kesslermatura.com | New York, New York 10112 |
| gkaske@kesslermatura.com | Telephone: (212) 653-8700 |
| | Facsimile: (212) 653-8701 |
| Michael J. Palitz | mtobias@sheppardmullin.com |
| SHAVITZ LAW GROUP, P.A. | lstone@sheppardmullin.com |
| 447 Madison Avenue, 6th Floor | magomez@sheppardmullin.com |
| New York, New York 10022 | |
| Telephone: (800) 616-4000 | *Attorneys for Defendant* |
| Facsimile: (561) 447-8831 | |
| mpalitz@shavitzlaw.com | |

Gregg I. Shavitz
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
Facsimile: (561) 447-8831
gshavitz@shavitzlaw.com

*Attorneys for Plaintiff and the Putative Class*

SO ORDERED

_____
Hon. Judge Arlene R. Lindsay, U.S.M.J.

-3-

Doc ID: 97eb929c77a329cca588c4b20837a4bd8bc4a9de