March 27, 2025

**Via ECF**
Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    ***Jones v. NIKE Retail Services, Inc.***
             **No. 22 Civ. 3343 (NRM) (ARL)**

Dear Judge Morrison:

    Plaintiff writes together with Defendant to seek additional time to complete discovery so the Parties may engage in a private mediation with Stephen Sonnenberg of JAMS.

    By way of background, on March 14, Your Honor advised the Parties that if the Parties wanted to mediate and believe it would be fruitful, the Court would entertain a brief discovery extension, so long as the Parties promptly selected and scheduled a mediation. *See* ECF No. 49, Tr. 9:22-10:8. To these ends, the Parties immediately identified experienced neutrals that have mediated late-payment cases in the retail industry. While still taking depositions, exchanging discovery, and working to resolve discovery disputes, the Parties conferred on mediation and sought availability from several mediators. Upon review of their schedules, the Parties agreed to a virtual mediation with Mr. Sonnenberg on May 21, 2025, as it was the earliest date on which the Parties and the mediators we reached out to were available.

    As a result, in accordance with the Court's direction on March 14, the Parties write to propose the following mediation and discovery schedule:

| **Deadline** | **Current Date** | **Proposed Date** |
| --- | --- | --- |
| Mediation | n/a | May 21, 2025 |
| Mediation Status Report | n/a | May 28, 2025 |
| Completion of All Discovery | April 17, 2025 | June 20, 2025 |
| Service of Class Certification Motion | April 28, 2025 | June 30, 2025 |
| Defendant's Opposition | 35 days after service of Motion | Same |

Hon. Nina. R. Morrison, U.S.D.J.
Re: *Jones v. NIKE Retail Services, Inc.*
March 27, 2025
Page 2 of 2

| | | |
|---|---|---|
| Plaintiff's Reply | 14 days after service of Opposition | Same |
| First Step in Dispositive Motion Practice | April 30, 2025 | August 4, 2025 |
| Joint Pretrial Order | June 2, 2025 | August 29, 2025 |
| Final Conference Before Hon. Arlene R. Lindsay, U.S.M.J. | June 5, 2025 | After Sept. 2, 2025, at a date and time to be determined by Judge Lindsay |

We thank the Court for its attention to this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via ECF)