**KESSLER MATURA**

May 27, 2025

**Via ECF**
Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:** ***Jones v. NIKE Retail Services, Inc.***
> **No. 22 Civ. 3343 (NRM) (ARL)**

Dear Judge Morrison:

Plaintiff writes together with Defendant to seek additional time to complete mediation with Stephen Sonnenberg of JAMS. We seek this additional time, as set forth below, because the Parties needed additional time to consider the impact of the New York State Legislature's amendment to Section 198 of the NYLL before mediating. *See* 2025 Sess. Law News of N.Y. Ch. 56 (S. 3006-C, Part U).

On May 9, Governor Hochul signed Chapter 56 of the Laws of 2025 (Part U) into law, which narrows the damages available to alleged manual workers paid on a biweekly basis. The amendment applies to pending and future claims. After receiving news of the legislative change, the Parties conferred to see if the mediation could still be productive. After speaking on multiple occasions and exchanging several emails, and in consultation with the Mediator, the Parties determined that a mediation on May 21, 2025, would not be productive. The Mediator and JAMS agreed to adjourn the mediation, without additional charges to the Parties, to July 16, the Mediator's next available date amenable to the Parties.

As a result, the Parties write to respectfully request an extension of time to mediate and complete discovery, if needed, after the mediation:

| Deadline | Current Date | Proposed Date |
| --- | --- | --- |
| Mediation | May 21, 2025 | July 16, 2025 |
| Mediation Status Report | May 28, 2025 | July 23, 2025 |
| Completion of All Discovery | June 20, 2025 | August 22, 2025 |
| Service of Class Certification Motion | June 30, 2025 | September 8, 2025 |

**KESSLER MATURA P.C.** | 534 Broadhollow Road, Suite 275, Melville, New York 11747 | Tel 631.499.9100
www.kesslermatura.com



Hon. Nina. R. Morrison, U.S.D.J.
Re: *Jones v. NIKE Retail Services, Inc.*
May 27, 2025
Page 2 of 2

| Defendant's Opposition<br><br>Plaintiff's Reply | 35 days after service of Motion<br><br>14 days after service of Opposition | Same<br><br>Same |
|---|---|---|
| First Step in Dispositive Motion Practice | August 4, 2025 | October 10, 2025 |
| Joint Pretrial Order | August 29, 2025 | October 29, 2025 |
| Final Conference Before Hon. Arlene R. Lindsay, U.S.M.J. | After Sept. 2, 2025, at a date and time to be determined by Judge Lindsay | After Nov. 3, 2025, at a date and time to be determined by Judge Lindsay |

We thank the Court for its attention to this matter.

Respectfully submitted,

Garrett Kaske

cc: Counsel of Record (via ECF)