

477 Madison Avenue l 6th Floor l New York, NY 10022
Tel 800-616-4000 l Fax 561-447-8831
www.shavitzlaw.com

July 23, 2025

**Via ECF**
Hon. Nina Morrison
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, New York 11722-445

      Re:    *Jones, et al. v. NIKE Retail Services, Inc.*
              No. 22 Civ. 3343 (NM) (ARL)

Dear Judge Morrison:

      We represent the Plaintiff and submit this joint status report with Defendant's consent. We write to advise the Court that the parties reached a settlement at mediation. The parties are preparing the settlement documents and considering an issue regarding in which court the settlement should be submitted for approval. As this Court is aware, there was a change in the law with respect to the damages associated with the types of claims asserted in the amended complaint and the parties are discussing whether CAFA jurisdiction still exists and whether any settlement must be approved in state court. The parties anticipate being able to further update the Court in about three weeks and ask that they be permitted to submit a status report by August 13, 2025.

      We thank the Court its attention to this matter.

                                          Respectfully submitted,

                                          s/Michael Palitz

                                          Michael Palitz

cc:  Counsel of Record (via ECF)