**KESSLER MATURA**

October 23, 2025

<u>Via ECF</u>
Hon. Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>*Jones v. NIKE Retail Services, Inc.*</u>
                No. 22 Civ. 3343 (NRM) (ARL)

Dear Judge Morrison:

    Plaintiff writes together with Defendant provide the Court with a status report as per the Court's October 19th Scheduling Order. The parties reached a settlement in principle at the mediation in July and have since worked out nearly all the details of the formal agreement. One issue remains open, which the parties are continuing to work through. Counsel expects that the parties will reach an accord on the final terms within the next week and then submit the formal settlement agreement to their clients for execution.

    As this Court is aware, there was a change in the law with respect to the damages associated with the claims Plaintiff asserted. As a result, it is likely that the settlement must be approved in state court. As a result, the parties respectfully request that the Court grant the parties 14-days leave to file a stipulation of dismissal.

    We thank the Court for its continued attention to this matter.

                                                  Respectfully submitted,

                                                 Garrett Kaske

cc: Counsel of Record (via ECF)