UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGID JONES and DAKOTA PEMBLETON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NIKE RETAIL SERVICES, INC.,<br><br>Defendant. | Case No. 2:22 Civ. 3343 (NM)(ARL) |

**STIPULATION OF DIMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. 41(a)(1)(A)(ii)**

Plaintiff and Defendant hereby stipulate and agree, through their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure the action be dismissed without prejudice and without costs or attorneys' fees.

Dated: November 6, 2025

_____
Troy L. Kessler
Garrett Kaske
KESSLER MATURA P.C.
534 Broadhollow Road, Suite 275
Melville, NY 11747
Phone: (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

Michael J. Palitz
SHAVITZ LAW GROUP, P.A.
447 Madison Avenue, 6th Floor
New York, New York 10022
Telephone: (800) 616-4000
mpalitz@shavitzlaw.com

Matthew A Tobias
_____
Matthew A. Tobias
Lindsay C. Stone
Maria A. Gomez
SHEPPARD MULLIN
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
mtobias@sheppardmullin.com
lstone@sheppardmullin.com
magomez@sheppardmullin.com

*Attorneys for Defendant*

1

Gregg I. Shavitz (*pro hac vice*)
SHAVITZ LAW GROUP, P.A.
951 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone: (561) 447-8888
gshavitz@shavitzlaw.com

*Attorneys for Plaintiff and the Putative Class*

# 2025.11.05 Term Sheet - Proposed Final - w exhibits

Final Audit Report 2025-11-06

| | |
|---|---|
| Created: | 2025-11-06 |
| By: | Garrett Kaske (gkaske@kesslermatura.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA9kg2vx4dD0w0QKdzv6zcfsZ6DrioPROq |

## "2025.11.05 Term Sheet - Proposed Final - w exhibits" History

📄 Document created by Garrett Kaske (gkaske@kesslermatura.com)
2025-11-06 - 10:25:02 PM GMT

✉️ Document emailed to Matthew Tobias (mtobias@sheppardmullin.com) for signature
2025-11-06 - 10:25:06 PM GMT

📄 Email viewed by Matthew Tobias (mtobias@sheppardmullin.com)
2025-11-06 - 10:35:00 PM GMT

🖊️ Document e-signed by Matthew Tobias (mtobias@sheppardmullin.com)
Signature Date: 2025-11-06 - 10:39:08 PM GMT - Time Source: server

✅ Agreement completed.
2025-11-06 - 10:39:08 PM GMT

Adobe Acrobat Sign